UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE AMBIORIX NUNEZ,<br><br>*Defendant.* | No. 16-CR-819<br><br>ORDER |

RONNIE ABRAMS, District Judge:

The Court has received the attached letter from Mr. Nunez dated September 26, 2024. By end of day on Friday, October 18, 2024, the government shall file an update as to the status of Mr. Nunez's transfer to immigration detention.

Dated: New York, New York
October 15, 2024

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

# **ATTACHMENT**

# JOSE AMBIORIX NUNEZ 91145-054
Metropolitan Detention Center
MDC Brooklyn
P.O. 329002
Brooklyn, NY 11232

September 26, 2024

Honorable Judge Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

RE: United States of America v. Jose Ambiorix Nunez 16 CR 819(RA)

Dear Honorable Judge Ronnie Abrams:

I hope this letter finds you well. I am writing to respectfully request that Your Honor, can authorize and recommend to the Federal Bureau of Prisons that I be transferred to an immigration institution for deportation proceedings, as my sentence is now complete following the tabulation of good conduct time credits earned under the First Step Act, see (attached Exhibit "A") provided tabulation by the Government in order to verify my claim.

After reviewing my sentence and good behavior credits, I have learned that I have fully satisfied the sentence impose by the Court. I have demonstrated good conduct and taken part in rehabilitative programs that have help me prepare for a positive reintegration into society in my native country the Dominican Republic.

Right now, I am housed at the Metropolitan Detention Center, MDC Brooklyn a jail that is on constant lookdowns due to understaff, violent fights that result in deaths of inmates waiting to be sentence or designated to a prison. It is my understanding that most Judges from both Southern and Eastern District are fully aware of the horrific living conditions and lack of proper medical care that the inmates endure and live day to day.

Your Honor, I am now 54 years old and I suffer from high blood pressure and high cholesterol. I am currently on four different medications, Lisinopril 40mg. for my high blood pressure, Hydrochlorothiazide 5mg together with Lisinopril to treat my hypertension, Amlodipine 5mg also used in combination with Lisinopril and Hydrochlorothiazide to manage my high blood pressure and Atorvastatin 10mg for high cholesterol. What worries me most is the lack of medical care and the need to take these medications daily in order to control my condition.

I, am not a United States citizen, I understand that I am subject to deportation upon completion of my sentence. Therefore, I humbly request that you authorize the initiation of the necessary immigration court proceedings so that I can be transferred to the appropriate authorities for deportation.

I, greatly appreciate the Court's time and attention to this matter. I am eager to move forward with the next steps and comply with all legal proceedings.

Sincerely,

Jose Ambiorix Nunez
91145-054

# Exhibit A

```
MEMFN  540*23  *           SENTENCE MONITORING         *   02-14-2024
PAGE 001       *           COMPUTATION DATA            *   15:50:53
                           AS OF 02-14-2024

REGNO..: 91145-054 NAME: NUNEZ, JOSE AMBIORIX

                                           DATE OF BIRTH: 04-05-1970 AGE:  53
FBI NO............: 504601PA7
ARS1..............: MEM/A-DES
UNIT..............: 4 GP                   QUARTERS......: D07-423L
DETAINERS.........: YES                    NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 03-24-2024

FINAL STATUTORY RELEASE FOR INMATE.: 09-24-2025 VIA GCT REL
       WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 09-24-2024 VIA FSA REL


              RELEASE AUDIT COMPLETED ON 09-09-2023 BY DSCC
---------------------------CURRENT JUDGMENT/WARRANT NO: 010 -------------------

COURT OF JURISDICTION............: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER....................: 16 CR. 819-01 (RA)
JUDGE............................: ABRAMS
DATE SENTENCED/PROBATION IMPOSED: 09-18-2017
DATE COMMITTED...................: 11-30-2017
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:    $100.00        $00.00          $00.00         $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00
---------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 391    21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846, 21:841(B)(1)(A)CONSPIRACY TO DISTRIBUTE & POSSESS WITH
         INTENT TO DISTRIBUTE HEROIN (CT.1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: 120 MONTHS
 TERM OF SUPERVISION............: 5 YEARS
 DATE OF OFFENSE................: 12-14-2016




G0002         MORE PAGES TO FOLLOW . . .
```